# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |

McALLEN DIVISION

| UNITED STATES OF AMERICA | | **CRIMINAL COMPLAINT** |
| V. | | |
| Leocadio Vasquez-Cortina   PRINCIPAL | | Case Number: |
| A078 322 112   YOB: 1976 | | **M-15-1029-M** |
| Mexico/Lawful Permanent Resident | | |

United States District Court
Southern District of Texas
FILED
JUN 2 5 2015
Clerk of Court

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **June 24, 2015** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did,
*(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact Maira Najera-Carcamo, a national of Honduras, and Rosa Waleska Matute-Carrasco, a national Honduras, along with four (4) other undocumented aliens, for a total of six (6), who had entered the United States in violation of law, did knowingly transport, or move or attempt to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Sullivan City, Texas to the point of arrest near Sullivan City, Texas,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)   FELONY**
I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

**On June 24, 2015, at approximately 11:00 am, DPS Trooper A. Moreno stopped a white Chevrolet pickup for speeding at the intersection of El Faro Rd and Expressway 83 in Sullivan City. Trooper Moreno suspected some of the seven occupants in the pickup were illegally in the United States, and requested Border Patrol's assistance.**

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

Approved by David A. Lindenmuth
6/25/15

Signature of Complainant

**Francisco Sanchez     Senior Patrol Agent**
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

**June 25, 2015**                                      at **McAllen, Texas**
Date                                                          City and State

**Dorina Ramos**, U. S. Magistrate Judge
Name and Title of Judicial Officer                 Signature of Judicial Officer

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**McALLEN, TEXAS**

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-15-1029-M

RE:     **Leocadio Vasquez-Cortina**          A078 322 112

**CONTINUATION:**

Border Patrol Agents arrived and interviewed all seven people in the truck. The driver was identified as Leocadio VASQUEZ-Cortina, a Lawful Permanent Resident from Mexico. The six passengers all claimed to be illegally in the United States.

**PRINCIPAL'S STATEMENT:**

Leocadio VASQUEZ-Cortina was read his rights. He stated he was willing to provide a statement without the presence of an attorney.

VASQUEZ told agents that his neighbor, who is known to smuggle aliens, asked VASQUEZ if he wanted some work. VASQUEZ'S neighbor took him earlier in the day and showed him where he would be picking up 6 undocumented aliens. His neighbor told him he would pay $300 per illegal alien he smuggled. VASQUEZ stated that later in the day he recieved instructions that the 6 UDAs were ready to be picked up. He drove to the predetermined location and allowed the 6 UDAs to board the cab of his truck.

**MATERIAL WITNESSES' STATEMENTS:**

Both material witnesses were read their rights. Both stated they were willing to provide a statement without the presence of an attorney.

1- Maira Najera-Carcamo, a citizen of Honduras, told agents she was charged $1,000 to be smuggled into the United States. Najera stated there was a man that helped her cross the river, and then pointed to the vehicle that was waiting for her to board. The driver of the vehicle was wearing a red shirt and jeans. Najera identified VASQUEZ in a photo lineup as the driver of the pickup she was told to board. Once inside the pickup, VASQUEZ told the group to stay down.

2- Rosa Waleska Matute-Carrasco, a citizen of Honduras, claimed she paid her own way from Honduras to Mexico, and then was charged $1,600 Mexican Pesos to be smuggled across the river. The guide that smuggled them across the river, told them there would be a white pickup waiting for them. When they arrived to the street, there was only one white pickup in sight. As the group was boarding, the driver told them to be quiet and buckle up. Matute identified VASQUEZ in a photo lineup as the driver of the vehicle she was arrested in.